IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES NU AUSAR-EL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:10-CV-569-MHT |
| | )           [wo] |
| BAC (Bank of America) HOME LOAN | ) |
| SERVICING, L.P., | ) |
| | ) |
|    Defendant. | ) |

## ORDER

On November 22, 2010, the magistrate judge issued a report and recommendation (Doc. No. 14) to which no timely objections were made. Upon an independent and de novo review of the record and upon consideration of the recommendation of the magistrate judge, it is the ORDER, JUDGMENT, and DECREE that:

(1) The report and recommendation (Doc. No. 14) of the magistrate judge is adopted.

(2) Defendant's motion to dismiss (Doc. No. 6) under Fed.R.Civ.P. 12(b)(6) is granted.

DONE, this the 20th day of December, 2010.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE