IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHARLES NU AUSAR-EL,          )
authorized representative     )
for Charles S. Small, Jr.,    )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )       2:10cv569-MHT
                              )            (WO)
BAC (BANK OF AMERICA) HOME    )
LOANS SERVICING, LP,          )
                              )
    Defendant.                )
```

OPINION

Plaintiffs filed this lawsuit challenging the foreclosure on his home. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of January, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**